UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DONNA MARIE HASS,**

   Plaintiff,

v.                                                                                                     No. 4:23-cv-00248-P

**KROGER TEXAS, LP, ET AL.,**

   Defendants.

## ORDER

   The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 36. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court **ACCEPTS** the Magistrate Judge's Recommendation and **GRANTS** Defendant Kroger Co.'s Motion for Summary Judgment. ECF No. 17. Plaintiff's claims against Defendant Kroger Co. are hereby **DISMISSED with prejudice**.

   **SO ORDERED** on this **12th day** of **February 2024.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE